IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY WADE JACKSON**                                                                                      **PLAINTIFF**
**ADC #078665**

V.                                        NO. 4:23-cv-01110-BRW

**KATHY L. SMITH,** *et al.*                                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of January, 2024.

                                                                    BILLY ROY WILSON
                                      UNITED STATES DISTRICT JUDGE